No. 88–463. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO *v.* UNITED INTER-MOUNTAIN TELEPHONE CO. C. A. 6th Cir. Certiorari denied.

No. 88–479. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–481. INDUSTRIAL STEEL PRODUCTS CO., INC., ET AL. *v.* MCLAUGHLIN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 88–488. RIDER ET AL. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–489. MCKABNEY ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–495. ROBERTS ET UX. *v.* UNITED STATES; and
No. 88–5727. BROMBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–504. COMMISSIONERS OF THE LAND OFFICE OF OKLAHOMA *v.* BUTLER. Sup. Ct. Okla. Certiorari denied.

No. 88–633. MANSION HOUSE CENTER NORTH REDEVELOPMENT CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–640. EMPIRE BLUE CROSS & BLUE SHIELD ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–646. FIRST INTERSTATE CREDIT ALLIANCE, INC. *v.* AMERICAN BANK OF MARTIN COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–656. FRIEDMAN *v.* FERGUSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–661. SPENCER *v.* ST. PAUL FIRE & MARINE INSURANCE CO. Ct. Sp. App. Md. Certiorari denied.